No. 80–1199. AMERICAN TOBACCO CO. ET AL. *v.* PATTERSON ET AL. C. A. 4th Cir. [Certiorari granted, 452 U. S. 937.] Motion of the Solicitor General to permit David A. Strauss, Esquire, to present oral argument *pro hac vice* granted.

No. 80–1257. DONALD SCHRIVER, INC., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL., 451 U. S. 976. Motion of petitioner for expedited consideration of petition for rehearing denied.

No. 80–1417. MILLS ET AL. *v.* ROGERS ET AL. C. A. 1st Cir. [Certiorari granted *sub nom. Okin* v. *Rogers,* 451 U. S. 906.] Motion of New Jersey Department of the Public Advocate for leave to file *amicus curiae* brief out of time denied.

No. 80–1663. INTERNATIONAL LONGSHOREMEN'S ASSN., AFL–CIO, ET AL. *v.* ALLIED INTERNATIONAL, INC. C. A. 1st Cir. [Certiorari granted, *ante,* p. 814.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 80–1991. OREGON *v.* KENNEDY. Ct. App. Ore. [Certiorari granted, *ante,* p. 891.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 80–1714. HOPPER, CORRECTIONS COMMISSIONER, ET AL. *v.* EVANS. C. A. 5th Cir. [Certiorari granted *sub nom. Britton* v. *Evans,* 452 U. S. 960.] Motion of respondent to dismiss the writ of certiorari denied.

No. 80–2147. CONNECTICUT ET AL. *v.* TEAL ET AL. C. A. 2d Cir. [Certiorari granted, *ante,* p. 813.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument denied.